**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-CV-00040-LTB-MJW

**KARIN TILLEY,**
    **Plaintiff**,

v.

**AMERICAN CITY BUSINESS JOURNALS, INC.,**
    **Defendant.**

_____

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**
_____

Upon stipulation of the Parties, and being advised as to the premises attendant thereto, **IT IS ORDERED** that the settlement conference now scheduled in this matter for September 21, 2006, is vacated and is rescheduled for September 29, 2006, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their Confidential settlement statements to Magistrate Judge Watanabe on or before September 25, 2006.

**DATED** this 30th day of August, 2006.

        **BY THE COURT:**

        **S/Michael J. Watanabe**
        **MICHAEL J. WATANABE**
        **UNITED STATES DISTRICT COURT**