IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00040-LTB-MJW

KARIN P. TILLEY,

Plaintiff,

v.

THE DENVER BUSINESS JOURNAL, et al.,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Stipulated Motion for Protective Order, (Docket No. 31) is GRANTED.  The written Stipulated Protective Order signed by Magistrate Judge Watanabe on September 7, 2006, is APPROVED as amended in paragraph 8 and made an Order of Court.

Date:  September 11, 2006