# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-00040-LTB-MJW               FTR

**Date:**  October 30, 2006                              Shelley Moore, Deputy Clerk

KARIN P. TILLEY,                                         (no appearance)

                Plaintiff(s),

v.

THE DENVER BUSINESS JOURNAL, LLC, and          Kimberley D. Neilio
AMERICAN CITY BUSINESS JOURNALS, INC.,          Jeffrey T. Johnson

                Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC MOTIONS HEARING**

**Court in Session 9:05 a.m.**

Court calls case.  Appearances of Defendants' counsel.  Plaintiff's counsel, Patricia S. Bangert, has **failed to appear**.

9:08 a.m.      Ms. Neilio presents argument on Defendants' Motion to Compel Continuation of Plaintiff's Deposition and for Forthwith Hearing.

**ORDERED:**   Defendants' Motion to Compel Continuation of Plaintiff's Deposition and for Forthwith Hearing [41] is GRANTED.  Defendant is allowed an additional four (4) hours to depose Plaintiff.  Within five (5) days of today's date, Plaintiff shall provide to Defendants her 2001-2003 day timers in original format, her state and federal tax returns for 2001-present.  Parties shall complete Plaintiff's deposition by November 30, 2006.

**Court in recess 9:13 a.m.**
Total In-Court Time 0:08, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.