IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00040-LTB-MJW

KARIN P. TILLEY,

Plaintiff,

v.

AMERICAN CITY BUSINESS JOURNALS, INC.,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Modify Deadlines is GRANTED as follows:

- Defendant's rebuttal expert witness designation - January 8, 2007,
- Plaintiff's rebuttal expert witness designation - January 11, 2007,
- Written discovery - January 19, 2007,
- Discovery cutoff - February 21, 2007, and
- Dispositive motion deadline - April 2, 2007.

The Final Pretrial Conference remains set for May 3, 2007, at 10:00 a.m.

Date: December 18, 2006