IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00040-LTB-MJW

KARIN P. TILLEY,

Plaintiff,

v.

AMERICAN CITY BUSINESS JOURNALS, INC.,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Leave to Take Deposition Out of Time (document 72) is GRANTED.

Date: February 26, 2007