IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00040-LTB-MJW

KARIN P. TILLEY,

Plaintiff,

v.

AMERICAN CITY BUSINESS JOURNALS, INC.,

Defendant.

---

## MINUTE ORDER

---

It is hereby ORDERED that Defendant's Unopposed Motion to File Documents in Support of Motion for Summary Judgment Under Seal Pursuant to D.C.COLO.LCivR 7.2A (docket no. 79) is GRANTED.  The Defendant's documents containing information regarding Defendant's sales and revenue and containing information regarding present and former employees who are not parties to this action in support of their Motion for Summary Judgment (docket no. 77) shall be filed with this court under seal and not opened except by further Order of Court.

It is FURTHER ORDERED that Plaintiff's Motion to Vacate Final Pretrial Conference and Reset (docket no. 99) is GRANTED finding good cause shown.  The Final Pretrial Conference set on May 22, 2007, at 1:30 p.m. is VACATED and **RESET on May 31, 2007, at 3:45 p.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that Plaintiff's Amended Motion to Seal Exhibits to Plaintiff's Response to Defendant's Motion for Summary Judgment (docket no. 95) is GRANTED.  The exhibits attached  to Plaintiff's Response to Defendant's Motion for Summary Judgment shall be filed with the court under seal and not opened except by further Order of Court.

It is FURTHER ORDERED that Plaintiff's Motion to File Amended Exhibit A (Exhibit List) to Final Pre-Trial Order (docket no. 88) is now MOOT and therefore DENIED.  This court has continued the Final Pretrial Conference to May 31, 2007, at 3:45 p.m. and has further ORDERED **that the parties shall file their proposed Final**

2

**Pretrial Order on or before May 25, 2007.**  Accordingly, Plaintiff can file her amended Exhibit A with the proposed Final Pretrial Order by May 25, 2007.

Date:  May 17, 2007