IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00040-LTB-MJW

KARIN P. TILLEY,

    Plaintiff,

vs.

AMERICAN CITY BUSINESS JOURNALS, INC.,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE FINAL PRETRIAL CONFERENCE AND RESET ( Docket p. 105 )

---

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Vacate Final Pretrial Conference and Reset (Dkt. No. 105), and the Court being fully advised in the matter;

IT IS HEREBY ORDERED that such motion is GRANTED. The final pretrial conference previously set for May 31, 2007 at 3:45 p.m. is vacated and reset for June 4, 2007 at 10:00 a.m.

Dated: May 23, 2007.

                                      BY THE COURT:

                                      Michael J. Watanabe
                                      United States Magistrate Judge