IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00040-LTB-MJW

KARIN P. TILLEY,

Plaintiff,

v.

AMERICAN CITY BUSINESS JOURNALS, INC.,

Defendant.

## MINUTE ORDER

It is hereby **ORDERED** that the plaintiff's (Unopposed) Motion to File Exhibit to Plaintiff's Sur-Reply to Defendant's Motion for Summary Judgment Under Seal (Docket No. 138) is granted.  Accordingly, Exhibit U to the plaintiff's Sur-Reply (Docket No. 136) shall remain sealed until further Order of the court.  It is further

**ORDERED** that Plaintiff's Motion for Leave to File Sur-Reply (Docket No. 134) is granted.  Plaintiff's Sur-Reply (Docket No. 134-2) is accepted for filing.  It is further

**ORDERED** that defendant shall have up to and including July 13, 2007, to file a response to that Sur-Reply, not to exceed ten pages.  No additional briefing will be permitted.

Date: July 5, 2007