IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00040-LTB-MJW

KARIN P. TILLEY,

Plaintiff,

v.

AMERICAN CITY BUSINESS JOURNALS, INC.,

Defendant.

**MINUTE ORDER**

It is hereby ORDERED that Plaintiff's Motion to Compel Responses to Written Discovery and for Sanctions (docket no. 111) is WITHDRAWN.  Plaintiff has withdrawn the subject motion in light of the sworn affidavit by Denise Jendrusch.  See paragraph 8 in Plaintiff's Reply (docket no. 142).  Moreover, the court finds to award sanctions pursuant to Fed. R. Civ. P. 37 under the circumstances surrounding this discovery dispute would be unjust and therefore each party shall pay their own attorney fees and costs for the subject motion.

Date: July 10, 2007