IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00040-LTB-MJW

KARIN P. TILLEY,

Plaintiff,

v.

AMERICAN CITY BUSINESS JOURNALS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that the Defendant's Motion to Strike Plaintiff's Proffer of New Factual Information Relevant to Defendant's Motion for Summary Judgment (Docket No. 156) is **granted**. Plaintiff did not file a response to the motion, and thus the motion is deemed confessed. Furthermore, defendant correctly notes in its motion that plaintiff has not suggested that the matters contained in the proffered affidavits constitute newly-discovered evidence or that they occurred after the summary judgment briefing concluded. Rather, the affidavits, which were filed on August 8, 2007, purport to address matters that occurred four months earlier, namely, on or before April 3, 2007, which was the day after the defendant's summary judgment motion and supporting brief were filed. Plaintiff failed to include these affidavits with her response to the summary judgment motion (Docket No. 91 filed May 7, 2007) or with her sur-reply (Docket No. 134 filed June 28, 2007). Therefore, the court finds that plaintiff's proffer is untimely and that plaintiff has not shown good cause for her delay in filing the affidavits.

Date: September 20, 2007