**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-00040-LTB-MJW

KAREN P. TILLEY,

       Plaintiff,

v.

THE DENVER BUSINESS JOURNAL, LLC., and
AMERICAN CITY BUSINESS JOURNALS, INC.,

       Defendants.

_____

**ORDER**
_____

       This case is before me on the Recommendation of the Magistrate Judge that Defendant's Motion for Summary Judgment (Doc 77).  The Recommendation (Doc 160) was issued and served on September 20, 2007.  Upon leave granted extending time to object to the Recommendation, Plaintiff's objections to the Recommendation were filed on October 10, 2007 (Doc 164). Defendant has responded to the Plaintiff's objections on October 31, 2007 (Doc 172).  I have therefore reviewed the Magistrate Judge's comprehensive Recommendation in light of Plaintiff's objections to it, the Defendant's response, and the record in this case.  On *de novo* review, I conclude that the Magistrate Judge's Recommendation is correct.  Accordingly

       IT IS ORDERED that Defendant's Motion for Summary Judgment (Doc 77) is GRANTED and the above action is DISMISSED with costs awarded the Defendant.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:    November 6, 2007